# IN THE UNITED STATES....

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Jonathan Lee, Riches© A/K/A
Gino Romano,
Plaintiff

V.

Defcon, 2600.com D/B/A
Nevada ChatLines,
defendants

2:06-cv-00293-BES-PAL

"Commercial use of my Name"

## Complaint

This is a Bivens action, civil rights violation by the constitution and laws of the United States, Federal and state tort claims, Trading with the Enemy act, Acts of barratry, crimes of treason, Major Fraud, Extortion, Terrorism, Racketeering, Torture, Civil rights, Espionage, conspiracy, war crimes, Genocide, Explosives, obstruction of Justice, Piracy, Sabotage, computer hacking, telecommunication Phreaking, Perjury, counterfeiting, malicious mischief, obscenity, identity theft, False information, False Information, Negligence, Electronic wiretapping, mind manipulation, Psychiatric Trauma, and Stalking

[ DUE TO RESTRICTIONS ON TYPEWRITERS
THIS COMPLAINT WAS HANDWRITTEN ]

Riches v. Defcon et al     Doc. 1

Dockets.Justia.com

Comes now the Plaintiff Jonathan Lee, Riches © AKA Gino Romano, in pro-se, Federal Inmate #40948-018, moves this Honorable Court to issue an order for all Defendants named in this suit to give a response. As Plaintiff claims that his Federal and state constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, 14th of the constitution. Relief requested, Plaintiff seeks the following: 664,000,000,000,000.00 Trillion dollars backed by gold and silver, return of voice changers, Id making Equipment, Phone Scramblers, blue box, Pen register, toshiba, Phone diverters, calling cards, Spy Equipment, Gino Romano Dolls - T-shirts - hats, route accounts, PBX's, ANI Spoofer, collectively from all defendants

### Count 1

Defcons annual hacker convention in Las Vegas Each August. The last 8 yrs, Every year they Exploit my Hacker Identity "Gino Romano" for commercial gain without paying me

### Count 2

Defcon, Computer Hackers worldwide, and Telephone Phreakers are in a vast conspiracy with the Uniform Commercial code "UCC", Exploiting my Name "Gino Romano" on chatlines throughout the world.

### Count 3

Jonathan Lee, Riches AKA "Gino Romano" is a underground hacker Super hero, my Identity is being stolen, other hackers are pretending to be me.

### Count 4

Defcon is in violation of the Trading with Enemy Act, using Gino Romano promissory notes to trade Hacking secrets with world countries without my permission

## Count 5

- Defcon and 2600 Joined Alliance with Al'qaeda, Irish Republican Army, Nigerian Junjaweeds, and Colombian FaRC

- Defcon sells "Gino Romano, best hacker ever" t-shirts, books, mugs, photos at their annual convention without my consent

- Jonathan Lee, Riches © AKA Gino Romano's name can be heard daily on Nevada chat lines (775-533-6666) without my consent

- Computer hackers are doing fraud in my name

I've been injured by these thiefs using my name for political, commercial gain

- Defcon's Annual computer hacker convention has my name and picture, and statue on event tickets and baloons

- Gino Romano's name is notorious throughout the hacking community

- Former Federal Inmate Hacker Kevin Mitnick is a Defcon lobbyist using Gino Romano without my consent

I pray this court grants a preliminary injunction against Defcon, 2600.com from using my name without my consent and the return of my items that Defcon stole

- Defcon creates cyberwars using Gino Romano's name
- Defcon committed treason trading Gino Romano secrets with china

Respectfully,
Submitted

*Jonathan Lee, Riches ©*

Jonathan Lee, Riches © AKA
Gino Romano