# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JONATHAN LEE RICHES,

    Plaintiff,

vs.

DEFCON, et al.,

    Defendants.

Case No. 2:06-CV-00293-BES-(PAL)

**ORDER**

Petitioner, who is a prisoner of the Federal Bureau of Prisons, see 28 U.S.C. § 1915(h), has submitted a Complaint (#1). He has not paid the filing fee of two hundred fifty dollars ($250.00), nor has he submitted an application to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff shall file an application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of two hundred fifty dollars ($250.00), accompanied by a copy of this Order. Plaintiff shall have thirty (30) days from the date on which this Order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED this 17th day of April, 2006.

_____
PEGGY A. LEEN
United States Magistrate Judge