AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jonathan Lee Riches,,

**JUDGMENT IN A CIVIL CASE**

V.

Defcon, et al.,

Case Number: 2:06-cv-0293-BES-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing Plaintiff's case for failure to complay with the Court's Order.

5/7/2007

Date

LANCE WILSON

Clerk

/S/ ANDREW MENNEAR

(By) Deputy Clerk

dockets.Justia.com